**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

**\***     **IN THE**

**\***     **COURT OF APPEALS**

**v.**     **\***     **OF MARYLAND**

**\***     **Misc. Docket AG No. 29,**

**GEORGE CARLOS NIER**     **September Term, 2020**

### O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, George Carlos Nier, to disbar the Respondent from the practice of law, it is this 2nd day of September, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that effective September 30, 2020, the Respondent, George Carlos Nier, be disbarred from the practice of law in the State of Maryland for violation of Rule 8.4(a), (b), (c), and (d) of the Maryland Attorney's Rules of Professional Conduct; and it is further

**ORDERED**, that, on September 30, 2020, the Clerk of this Court shall remove the name of George Carlos Nier from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk